United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUSSELL KERSHAW,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 16-CV-02221-LHK<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 7, 17 |

On July 26, 2016, U.S. Magistrate Judge Howard Lloyd issued a Report and Recommendation that this case be dismissed without prejudice for lack of subject matter jurisdiction. ECF No. 17. No objections have been filed, and the time to file objections has now expired. *See* Fed. R. Civ. P. 72(b)(2).

Having reviewed the Report and Recommendation, as well as the record in this case, the Court finds that the Report and Recommendation is well-founded in fact and in law. The Court ADOPTS the Report and Recommendation in its entirety. Accordingly, Defendant United States of America's motion to dismiss is GRANTED, and Plaintiff Russell Kershaw's complaint is DISMISSED without prejudice. ECF No. 7. The Clerk shall close the case file. The Clerk shall also serve a copy of this order on Plaintiff Russell Kershaw.

1

Case No. 16-CV-02221-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION

1   **IT IS SO ORDERED.**

3   Dated: August 15, 2016

 _____
 LUCY H. KOH
 United States District Judge